DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV353-RJC
(3:05CR105-RJC-2)

| | | |
|---|---|---|
| CEDRIC LEE BENTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

UPON MOTION of the Government, (Doc. No. 10), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution by the Fourth Circuit Court of Appeals of United States v. Valdovinos, No. 13-4768, currently scheduled for oral argument in May, 2014,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 10), is **GRANTED**.

Signed: April 10, 2014

Robert J. Conrad, Jr.
United States District Judge